# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DOUBLE H TRANSPORTATION, LLC** | § | **CASE NO. 20-31055-hcm** |
| | § | |
| **Debtor.** | § | **CHAPTER 11 SUBCHAPTER V** |

**NOTICE OF PROPOSED ORDER CONFIRMING DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION FOR SMALL BUSINESS UNDER CHAPTER 11 SUBCHAPTER V (CRAMDOWN UNDER § 1191(b))**

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** attached is a Proposed Order Confirming Debtor's First

Amended Plan of Reorganization For Small Business Under Chapter 11 Subchapter V

(Cramdown Under § 1191(b)).

Date:   April 30, 2021

Respectfully submitted,

THE NEVAREZ LAW FIRM, PC
A Professional Corporation
P.O. Box 12247
El Paso, Texas 79913
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Email: MNevarez@LawOfficesMRN.com

/s/ Michael R. Nevarez
By: MICHAEL R. NEVAREZ
State of Texas Bar No. 14933400

Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Notice of Proposed Order Confirming Debtor's First Amended Plan of Reorganization For Small Business Under Chapter 11 Subchapter V (Cramdown Under § 1191(b))** was served by electronic means as listed on the Court's CM/ECF filing and noticing system, and by regular first class mail, postage prepaid, to all creditors listed on the Debtor's creditor's matrix on file with the Clerk of this Court, a copy of which is attached hereto, including the following parties in interest, on or before April 30, 2021:

**SUBCHAPTER V TRUSTEE:**
Mr. Brad W. Odell
1500 Broadway, Suite 700
Lubbock, TX 78401
Email: bodell@mhba.com

**OFFICE OF THE U.S. TRUSTEE:**
Mr. James Rose
615 E. Houston St., Room 533
San Antonio, TX   78205
Email: James.Rose@usdoj.gov

**DEBTOR-IN-POSSESSION:**
Double H Transportation, LLC
14259 Rattler Point Dr.
El Paso, TX 79938

**EQUITY SECURITY HOLDERS**
**ALL UNSECURED CREDITORS**
**ALL SECURED CREDITORS**
**ALL PARTIES IN INTEREST**

**/s/ Michael R. Nevarez**
MICHAEL R. NEVAREZ

**OFFICE OF THE U.S. TRUSTEE:**
**James Rose**
**615 E. Houston Street, Suite 533**
**San Antonio, TX 78205**

---

**SUBCHAPTER V TRUSTEE:**
**Brad W. Odell**
**1500 Broadway, Suite 700**
**Lubbock, TX 78401**

**DEBTOR-IN-POSSESSION:**
**Double H Transportation, LLC**
**14259 Rattler Point Dr.**
**El Paso, TX 79938**

---

**ACE Card Express**
**424 Yarbrough Drive**
**El Paso, TX 79915**

**Alfredo Campos**
**3417 Treasure Hill**
**El Paso, TX 79938**

**Andrew G. Edson**
**Clark Hill Strasburger**
**901 Main Street, Suite 6000**
**Dallas, TX 75202**

**Bank Capital Services**
**1853 Highway 315**
**Pittston, PA 18640**

**Barri Financial Group**
**9800 Centre Parkway Suite 700**
**Houston, TX 77036**

**CCRMA Toll Processing Services**
**3461 Carmen Avenue**
**Rancho Viejo, TX 78575**

**Cedar Advance LLC**
**25 Robert Pitt Drive**
**Suite 204**
**Monsey, NY 10952**

**Christian Rodriguez**
**2140 N Zaragoza, Apt. 129**
**El Paso, TX 79938**

**Commonwealth of Massachusetts**
**EZDriveMA Payment Processing Center**
**P.O. Box 847840**
**Boston, MA 02284-7840**

**Complete Payment Recovery Services, Inc.**
**3500 5th Street**
**Northport, AL 35476**

**Delaware Department of Transportation**
**Delaware E-ZPass Violations Center**
**P.O. Box 697**
**Dover, DE 19903-0697**

**Element Transportation, LLC**
**655 Business Center Drive, Suite 250**
**Horsham, PA 19044**

**ENG Commercial Finance**

**2441 Warrenville Road, Suite 310**
**Lisle, IL 60532**

**Express Toll**
**E-470 Public Highway Authority**
**P.O. Box 5470**
**Denver, CO 80217-5470**

**FDOT**
**P.O. Box 71237**
**Charlotte, NC 28272-1237**

**Federal Motor Carrier Safety Admin.**
**WESTERN SERVICE CENTER REGION**
**GOLDEN HILLS OFFICE CENTRE**
**12600 W. Colfax Ave. Suite B-300**
**Lakewood, CO 80215**

**Financial Pacific Leasing**
**3455 South 344th Street Way**
**Suite 300**
**Auburn, WA 98001**

**Fleet One**
**Attn: Bankruptcy Dept.**
**3100 West End Ave**
**Nashville, TN 37203**

**Fox Capital 2 Group**
**65 Broadway**
**Suite 804**
**New York, NY 10005**

**Goodyear**
**P.O. Box 288**
**Tonawanda, NY 14151**

**HCTRA - Violations**
**P.O. Box 4440**
**Dept 8**
**Houston, TX 77210-4440**

**Hector Hernandez**
**14259 Rattler Pt Drive**
**El Paso, TX 79938**

**Internal Revenue Service**
**c/o Central Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**James W. King**
**6420 Wellington Place**
**Beaumont, TX 77706**

**Joseph D. Austin**
**Padfield & Stout, LLP**
**420 Throckmorton Street, Suite 1210**
**Fort Worth, TX 76102**

**Kansas Turnpike Authority**
**P.O. Box 5018**
**Wichita, KS 67201-5018**

**Love's Travel Stops & Country Stores**
**P.O. Box 842568**
**Kansas City, MO 64184-2568**

**Luz Adriana Warden**
**4383 Name Arc**
**Las Cruces, NM 88011**

**Maryland Transportation Authority**
**P.O. Box 17600**
**Baltimore, MD 21297-7600**

**Melek**
**1155 N. Zaragoza Rd.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**El Paso, TX 79907**

**MHC Financial**
**11120 Tomahawk Circle Parkway**
**Leawood, KS 66211**

**Michael W. Zientz**
**Mackie Wolf Zientz & Mann, P.C.**
**Parkway Office Center, Suite 900**
**14160 North Dallas Parkway**
**Dallas, TX 75254**

**NC Quick Pass**
**Customer Service Center**
**P.O. Box 71116**
**Charlotte, NC 28272-1116**

**NJ E-ZPass**
**P.O. Box 4971**
**Trenton, NJ 08650**

**NYS Thruway Authority**
**200 Southern Blvd.**
**P.O. Box 189**
**Albany, NY 12201**

**New Jersey Turnpike Authority**
**1 Turnpike Plaza**
**Woodbridge, NJ 07095**

**North Texas Tollway Authority**
**P.O. Box 660244**
**Dallas, TX 75266-0244**

**Oklahoma Turnpike Authority**
**Enforcement Barnch**
**P.O. Box 11255**
**Oklahoma City, OK 73135-0255**

**Paccar Financial**
**Attn Corp. Portfoli**
**PO Box 1518**
**Bellevue, WA 98009**

**Pennsylvania Turnpike Commission**
**Violation Processing Center**
**300 East Park Drive**
**Harrisburg, PA 17111**

**Pilot**
**4620 Woodland Corporate Blvd.**
**Tampa, FL 33614**

**Platinum Rapid Funding Group**
**348 RXR Plaza**
**Uniondale, NY 11556**

**PLS Financial Services**
**800 Jorie Blvd., 2nd Fl**
**Oak Brook, IL 60523**

**Professional Account Management, LLC**
**P.O. Box 863867**
**Plano, TX 75086-3867**

**Queen Funding LLC**
**101 Chase Ave, Suite 208**
**Lakewood, NJ 08701**

**Quick Spot Funding**
**20 North 3rd Street**
**Philadelphia, PA 19106**

**R & A Trucking Inc.**
**12802 Harnose Drive**
**El Paso, TX 79938**

**Rapid Cash**
**8920 Gateway Blvd., Suite B**

**El Paso, TX 79907**

**RiverLink**
**P.O. Box 16799**
**Austin, TX 78761-6799**

**Ronald Gearhart**
**Greenberg, Grant & Richards**
**5858 Westheiner Road 5th Floor**
**Houston, TX 77057**

**Southern Connector Service Center**
**Attention: Violations**
**P.O. Box 408**
**Piedmont, SC 29673**

**Sprint**
**26000 Cannon Road**
**Bedford, OH 44146**

**Steven B. Bass**
**Assistant United States Attorney**
**902 San Jacinto Blvd., Suite 334**
**Austin, TX 78701**

**TD Auto Finance**
**Attn: Bankruptcy**
**P.O. Box 9223**
**Farmington, MI 48333**

**The New York State Thruway**
**Violations Prossessing Center**
**P.O. Box 15186**
**Albany, NY 12212-5186**

**TxTag**
**P.O. Box 650749**
**Dallas, TX 75265-0749**

**United States Trustee**
**615 E. Houston Street, Suite533**
**San Antonio, TX 78205**

**Verizon**
**3601 Converse Drive**
**Wilmington, NC 28403**

**Weinstein & Weinstein**
**68-15 Main Street, 2nd Fl**
**Flushing, NY 11367**

**William Thomas McLain**

**Reagan McLain & Hatch, LLP**

**White Rock Tower, Ste. 300**

**6510 Abrams Road**
**Dallas, TX 75231**

**Yadira Haydee**

**14259 Rattler Pt. Dr.**
**El Paso, TX 79938**