**CONVERTED, APPEAL**

# U.S. Bankruptcy Court
# Western District of Texas (El Paso)
# Bankruptcy Petition #: 20−31055−hcm

*Assigned to:* Bankruptcy Judge H. Christopher Mott
Chapter 7
Previous chapter 11
Original chapter 11
Voluntary

*Date filed:* 10/06/2020
*Date converted:* 05/13/2021
*341 meeting:* 06/28/2021

*Debtor*
**Double H Transportation LLC**
14259 Rattler Point Dr.
El Paso, TX 79938
EL PASO−TX
Tax ID / EIN: 14−7466325

represented by **Michael R. Nevarez**
The Law Offices of Michael R. Nevarez
P.O. Box 12247
El Paso, TX 79913
(915) 225−2255
Fax : (915) 845−3405
Email: MNevarez@LawOfficesMRN.com

*Trustee*
**Brad W. Odell**
Mullin Hoard & Brown, LLP
1500 Broadway, Suite 700
Lubbock, TX 79401
(806) 765−7491

represented by **Brad W. Odell**
Mullin Hoard & Brown, LLP
1500 Broadway, Suite 700
Lubbock, TX 79401
(806) 765−7491
Fax : (806) 765−0553
Email: bodell@mhba.com

*Trustee*
**Ronald E Ingalls**
PO Box 2867
Fredericksburg, TX 78624−1927
(830) 321−0878 X 102

| Filing Date | # | Docket Text |
|---|---|---|
| 06/21/2021 |  | 141 | Appellant's Designation of Contents and Issues For Inclusion In Record On Appeal Filed by Michael R. Nevarez for Debtor Double H Transportation LLC (Nevarez, Michael) (related document(s): 130 Notice of Appeal Filed by Michael R. Nevarez for Debtor Double H Transportation LLC ( Filing Fee:$ 298.00 ) (Nevarez, Michael) (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit)(related document(s): 122 Order Denying Confirmation of First Amended Plan of Reorganization (related document(s): 97 First Amended Plan of Reorganization for Small Business Under Chapter 11 Subchapter V filed by Michael R. Nevarez for Debtor Double H Transportation LLC. (Nevarez, Michael) (related document(s): 62 Chapter 11 Small Business Subchapter V Plan filed by Michael R. Nevarez for Debtor Double H Transportation LLC.)(Nevarez, Michael) (Order entered on 5/14/2021), 123 Order Converting Case to Chapter 7. ( Brad W. Odell removed from the case. Trustee Ronald E Ingalls added to the case. ) (Order entered on 5/14/2021), 125 Order Dismissing Omnibus Objection to Class 4 Claims (related document(s): 112 Omnibus Objection To Class 4 Claims With |

|  |  |  | Notice Thereof Filed by Michael R. Nevarez for Debtor Double H Transportation LLC (Nevarez, Michael) (related document(s): <u>97</u> First Amended Plan of Reorganization for Small Business Under Chapter 11 Subchapter V filed by Michael R. Nevarez for Debtor Double H Transportation LLC. (Order entered on 5/14/2021))) |
|---|---|---|---|

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DOUBLE H TRANSPORTATION, LLC, | § | CASE NO. 3:21-cv-00121-KC |
| | § | |
| Appellant, | § | |
| | § | |
| v. | § | |
| | § | |
| BRAD W. ODELL (CHAPTER 11 TRUSTEE), | § | |
| UNITED STATES TRUSTEE – ELP12, | § | |
| MHC FINANCIAL SERVICES, | § | |
| ENGS COMMERCIAL FINANCE CO., | § | |
| | § | |
| Appellees. | § | |

## APPELLANT'S DESIGNATION FOR APPEAL

**COMES NOW** DOUBLE H TRANSPORTATION, LLC (hereinafter referred to as "Appellant" or "Double H" or "Debtor"), Appellant and Debtor in the above-captioned proceedings, by and through the undersigned counsel, pursuant to Rules 4, 6 and 10 of the Federal Rules of Appellate Procedure, and hereby respectfully files this designation of the record and issues for the appeal, as follows:

### I.  ITEMS TO BE INCLUDED IN THE RECORD.

A. Appellant hereby designates all documents heretofore included in the record of Cause No. 3:21-cv-00121-KC, in the United States District Court for the Western District of Texas, El Paso Division.

B. Appellant hereby also designates all documents in the record of *In Re: Double H Transportation, LLC*, in the United States Bankruptcy Court for the Western

District of Texas, El Paso Division, Cause No. 19-31830-hcm (hereinafter referred to as the "Chapter 11 Case").

C. Appellant hereby also designates all documents in the record of *In Re: Double H Transportation, LLC*, in the United States Bankruptcy Court for the Western District of Texas, El Paso Division, Cause No. 20-31055-hcm (hereinafter referred to as the "Subchapter V Case").

D. Appellant further designates all documents in the record of *In Re: Hector Hernandez and Yadira Haydee Hernandez*, in the United States Bankruptcy Court for the Western District of Texas, El Paso Division, Cause No. 19-31524-hcm (hereinafter referred to as the "Chapter 13 Case").

## II. ISSUES ON APPEAL.

Pursuant to Rules 4, 6 and 10 of the Federal Rules of Appellate Procedure, and reserving further amendment or modification, if necessary, Appellant hereby respectfully submits the following issues to be presented on appeal:

A. Whether the Bankruptcy Court's "Order Denying Motion For Stay Pending Appeal" ("DOC#137"), signed on June 8, 2021, and entered on June 8, 2021, constitutes a manifest error of law and fact, and by definition an abuse of discretion.

B. Whether the Bankruptcy Court's "Order Converting Case to Chapter 7" (DOC#123), signed on May 13, 2021, and entered on May 14, 2021, constitutes a manifest error of law and fact, and by definition an abuse of discretion.

C. Whether the Bankruptcy Court's Order dismissing the "Order Granting Omnibus Objection To Class 4 Claims, With Notice Thereof" (DOC#125), signed and

Appellant's Designation For Appeal
*Double H Transportation, LLC v. Brad W. Odell, et al.*
USDC-WDTX Case No. 3:21-cv-00121-KC                                Page 2 of 6

4

    entered on May 14, 2021, and in effect denying Appellant's "Omnibus Objection To Class 4 Claims, With Notice Thereof" (DOC#112), constitutes a manifest error of law and fact, and by definition an abuse of discretion.

D.     Whether the Bankruptcy Court's "Order Denying Confirmation of First Amended Plan of Reorganization" (DOC#122) ("Order Denying Confirmation"), signed on May 13, 2021, and entered on May 14, 2021, constitutes a manifest error of law and fact, and by definition an abuse of discretion, considering in part:

1. The Bankruptcy Court did not comply with 11 U.S.C. §1191, which provides that if all of the applicable requirements of §1129(a), other than paragraphs (8), (10), and (15), are met, the Bankruptcy Court, on request of the debtor, "*shall*" confirm the plan if the plan does not discriminate unfairly, and is fair and equitable, with respect to each class of claims or interests that is impaired under, and has not accepted, the plan.

2. The Bankruptcy Court denied the Amended Plan filed by the Debtor, presumably on the basis that the Amended Plan provided that "ZERO" would be paid to unsecured creditors in Classes 3 and 4, based on the Debtor's liquidation analysis, although the Order Denying Confirmation did not so state.

3. The Bankruptcy Court denied the Amended Plan filed by the Debtor, presumably on the basis of the Objection of MHC Financial Services (Class 3) ("MHC"), despite the fact that MHC failed to timely submit a ballot in accordance with the Plan requirements.

4. The Bankruptcy Court denied the Amended Plan filed by the Debtor,

Appellant's Designation For Appeal
*Double H Transportation, LLC v. Brad W. Odell, et al.*
USDC-WDTX Case No. 3:21-cv-00121-KC      Page 3 of 6

5

presumably on the basis of the Objection of ENGS Commercial Finance Co. ("ENGS"), despite the fact that ENG failed to timely file a proof of claim, or submit a ballot in accordance with the Plan requirements.

5. The Bankruptcy Court denied the Amended Plan filed by the Debtor, and refused to provide the Debtor leave to modify, even though Debtor proposed to modify the Plan to include MHC as an Unsecured Creditor, so that MHC and all other unsecured creditors could share in the 100% distribution of the disposable income to the Unsecured Creditors.

6. The Bankruptcy Court denied the Amended Plan filed by the Debtor, and refused to provide the Debtor leave to modify, even though Debtor proposed to modify the Plan to include ENGS as an Unsecured Creditor, so that ENGS and all other unsecured creditors could also share in the 100% distribution of the disposable income to the Unsecured Creditors.

7. The Bankruptcy Court denied the Amended Plan filed by the Debtor, even though Section 1191(b) permitted the Bankruptcy Court to "cramdown" a plan over a dissenting class if the plan does not "discriminate unfairly", which the Amended Plan, and the proposed modified plan, clearly did not, according to the uncontroverted documentary and testimonial evidence, by paying all projected disposable income as required under section 1191(b) and (c) of the Bankruptcy Code.

8. The Bankruptcy Court denied the Amended Plan filed by the Debtor, even though Section 1191(b) permitted the Bankruptcy Court to "cramdown" a plan over a dissenting class if the plan provides "fair and equitable"

Appellant's Designation For Appeal
*Double H Transportation, LLC v. Brad W. Odell, et al.*
USDC-WDTX Case No. 3:21-cv-00121-KC

Page 4 of 6

6

        treatment, which the Amended Plan, and the proposed modified plan, clearly did, according to the uncontroverted documentary and testimonial evidence, by paying all projected disposable income as required under section 1191(b) and (c) of the Bankruptcy Code.

9.     The Bankruptcy Court denied the Amended Plan filed by the Debtor, even though Section 1191(b) permitted the Bankruptcy Court to "cramdown" a plan over a dissenting class if the plan is "feasible", which the Amended Plan, and the proposed modified plan, clearly were, according to the uncontroverted documentary and testimonial evidence, despite paying all projected disposable income as required under section 1191(b) and (c) of the Bankruptcy Code.

10.    The Bankruptcy Court denied the Amended Plan filed by the Debtor, presumably on the basis that the Amended Plan was not proposed in "good faith", as required by section 1129(a)(3) of the Bankruptcy Code, although the Order Denying Confirmation did not so state, and the uncontroverted documentary and testimonial evidence proved otherwise.

June 10, 2021                                               Respectfully submitted,

**THE NEVAREZ LAW FIRM, PC**
A Professional Corporation
P.O. Box 12247
El Paso, Texas 79913
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Email: MNevarez@LawOfficesMRN.com

/s/ Michael R. Nevarez
By: **MICHAEL R. NEVAREZ**
State of Texas Bar No. 14933400
Attorney for Appellant

Appellant's Designation For Appeal
*Double H Transportation, LLC v. Brad W. Odell, et al.*
USDC-WDTX Case No. 3:21-cv-00121-KC                         Page 5 of 6

7

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **APPELLANT'S DESIGNATION FOR APPEAL** was served either by electronic means as listed on the Court's CM/ECF filing and noticing system, and/or by regular first-class mail, postage prepaid, to the following parties in interest, on or about June 10, 2021:

**SUBCHAPTER V TRUSTEE:**
Mr. Brad W. Odell
1500 Broadway, Suite 700
Lubbock, TX 78401
Email: bodell@mhba.com

**OFFICE OF THE U.S. TRUSTEE:**
Mr. James Rose
615 E. Houston Street, Suite 533
San Antonio, TX 78205
Email: Rose@usdoj.gov

**DEBTOR:**
Double H Transportation, LLC
14259 Rattler Point Dr.
El Paso, TX 79938

**INTERESTED PARTY:**
Mr. Ronald E Ingalls
Chapter 7 Trustee
PO Box 2867
Fredericksburg, TX 78624-1927
(830) 321-0878 x 102
Email: ron@ingallstrustee.com

**EQUITY SECURITY HOLDERS**
**ALL UNSECURED CREDITORS**
**ALL SECURED CREDITORS**
**ALL PARTIES IN INTEREST**

/s/ Michael R. Nevarez
**MICHAEL R. NEVAREZ**

Appellant's Designation For Appeal
*Double H Transportation, LLC v. Brad W. Odell, et al.*
USDC-WDTX Case No. 3:21-cv-00121-KC

Page 6 of 6

8

**OFFICE OF THE U.S. TRUSTEE:**
James Rose
615 E. Houston Street, Suite 533
San Antonio, TX 78205

**SUBCHAPTER V TRUSTEE:**
Brad W. Odell
1500 Broadway, Suite 700
Lubbock, TX 78401

**DEBTOR-IN-POSSESSION:**
Double H Transportation, LLC
14259 Rattler Point Dr.
El Paso, TX 79938

ACE Card Express
424 Yarbrough Drive
El Paso, TX 79915

Alfredo Campos
3417 Treasure Hill
El Paso, TX 79938

Andrew G. Edson
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, TX 75202

Bank Capital Services
1853 Highway 315
Pittston, PA 18640

Barri Financial Group
9800 Centre Parkway Suite 700
Houston, TX 77036

CCRMA Toll Processing Services
3461 Carmen Avenue
Rancho Viejo, TX 78575

Cedar Advance LLC
25 Robert Pitt Drive
Suite 204
Monsey, NY 10952

Christian Rodriguez
2140 N Zaragoza, Apt. 129
El Paso, TX 79938

Commonwealth of Massachusetts
EZDriveMA Payment Processing Center
P.O. Box 847840
Boston, MA 02284-7840

Complete Payment Recovery Services, Inc.
3500 5th Street
Northport, AL 35476

Delaware Department of Transportation
Delaware E-ZPass Violations Center
P.O. Box 697
Dover, DE 19903-0697

Element Transportation, LLC
655 Business Center Drive, Suite 250
Horsham, PA 19044

ENG Commercial Finance

**2441 Warrenville Road, Suite 310**
**Lisle, IL 60532**

**Express Toll**
**E-470 Public Highway Authority**
**P.O. Box 5470**
**Denver, CO 80217-5470**

**FDOT**
**P.O. Box 71237**
**Charlotte, NC 28272-1237**

**Federal Motor Carrier Safety Admin.**
**WESTERN SERVICE CENTER REGION**
**GOLDEN HILLS OFFICE CENTRE**
**12600 W. Colfax Ave. Suite B-300**
**Lakewood, CO 80215**

**Financial Pacific Leasing**
**3455 South 344th Street Way**
**Suite 300**
**Auburn, WA 98001**

**Fleet One**
**Attn: Bankruptcy Dept.**
**3100 West End Ave**
**Nashville, TN 37203**

**Fox Capital 2 Group**
**65 Broadway**
**Suite 804**
**New York, NY 10005**

**Goodyear**
**P.O. Box 288**
**Tonawanda, NY 14151**

**HCTRA - Violations**
**P.O. Box 4440**
**Dept 8**
**Houston, TX 77210-4440**

**Hector Hernandez**
**14259 Rattler Pt Drive**
**El Paso, TX 79938**

**Internal Revenue Service**
**c/o Central Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**James W. Brewer**
**Kemp Smith LLP**
**P.O. Box 2800**
**El Paso, TX 79999-2800**

**James W. King**
**6420 Wellington Place**
**Beaumont, TX 77706**

**Joseph D. Austin**
**Padfield & Stout, LLP**
**420 Throckmorton Street, Suite 1210**
**Fort Worth, TX 76102**

**Kansas Turnpike Authority**
**P.O. Box 5018**
**Wichita, KS 67201-5018**

**Love's Travel Stops & Country Stores**
**P.O. Box 842568**
**Kansas City, MO 64184-2568**

**Luz Adriana Warden**
**4383 Name Arc**
**Las Cruces, NM 88011**

**Maryland Transportation Authority**

P.O. Box 17600  
Baltimore, MD 21297-7600

Melek  
1155 N. Zaragoza Rd.  
El Paso, TX 79907

MHC Financial  
11120 Tomahawk Circle Parkway  
Leawood, KS 66211

Michael W. Zientz  
Mackie Wolf Zientz & Mann, P.C.  
Parkway Office Center, Suite 900  
14160 North Dallas Parkway  
Dallas, TX 75254

NC Quick Pass  
Customer Service Center  
P.O. Box 71116  
Charlotte, NC 28272-1116

NJ E-ZPass  
P.O. Box 4971  
Trenton, NJ 08650

NYS Thruway Authority  
200 Southern Blvd.  
P.O. Box 189  
Albany, NY 12201

New Jersey Turnpike Authority  
1 Turnpike Plaza  
Woodbridge, NJ 07095

North Texas Tollway Authority  
P.O. Box 660244  
Dallas, TX 75266-0244

Oklahoma Turnpike Authority  
Enforcement Barnch  
P.O. Box 11255  
Oklahoma City, OK 73135-0255

Paccar Financial  
Attn Corp. Portfoli  
PO Box 1518  
Bellevue, WA 98009

Pennsylvania Turnpike Commission  
Violation Processing Center  
300 East Park Drive  
Harrisburg, PA 17111

Pilot  
4620 Woodland Corporate Blvd.  
Tampa, FL 33614

Platinum Rapid Funding Group  
348 RXR Plaza  
Uniondale, NY 11556

PLS Financial Services  
800 Jorie Blvd., 2nd Fl  
Oak Brook, IL 60523

Professional Account Management, LLC  
P.O. Box 863867  
Plano, TX 75086-3867

Queen Funding LLC  
101 Chase Ave, Suite 208  
Lakewood, NJ 08701

Quick Spot Funding  
20 North 3rd Street  
Philadelphia, PA 19106

R & A Trucking Inc.

**12802 Harnose Drive**
**El Paso, TX 79938**

**Rapid Cash**
**8920 Gateway Blvd., Suite B**
**El Paso, TX 79907**

**RiverLink**
**P.O. Box 16799**
**Austin, TX 78761-6799**

**Ronald Gearhart**
**Greenberg, Grant & Richards**
**5858 Westheiner Road 5th Floor**
**Houston, TX 77057**

**Southern Connector Service Center**
**Attention: Violations**
**P.O. Box 408**
**Piedmont, SC 29673**

**Sprint**
**26000 Cannon Road**
**Bedford, OH 44146**

**Steven B. Bass**
**Assistant United States Attorney**
**902 San Jacinto Blvd., Suite 334**
**Austin, TX 78701**

**TD Auto Finance**
**Attn: Bankruptcy**
**P.O. Box 9223**
**Farmington, MI 48333**

**The New York State Thruway**
**Violations Prossessing Center**
**P.O. Box 15186**
**Albany, NY 12212-5186**

**TxTag**
**P.O. Box 650749**
**Dallas, TX 75265-0749**

**United States Trustee**
**615 E. Houston Street, Suite533**
**San Antonio, TX 78205**

**Verizon**
**3601 Converse Drive**
**Wilmington, NC 28403**

**Weinstein & Weinstein**
**68-15 Main Street, 2nd Fl**
**Flushing, NY 11367**

**William Thomas McLain**

**Reagan McLain & Hatch, LLP**

**White Rock Tower, Ste. 300**

**6510 Abrams Road**
**Dallas, TX 75231**

**Yadira Haydee**

**14259 Rattler Pt. Dr.**
**El Paso, TX 79938**