# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
### El Paso Division

| | | |
|---|---|---|
| IN RE: **Double H Transportation LLC**, Debtor(s) | Bankruptcy Case No.: | 20–31055–hcm |
| | Chapter No.: | 7 |
| | Judge: | H. Christopher Mott |

## TRANSMISSION OF RECORD ON APPEAL TO DISTRICT COURT

TO THE CLERK, UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS:

Pursuant to Fed. R. Bankr. P. 8010(b) the undersigned hereby transmits the following record for entry on the docket of the United States District Court for Civil Action Number 3:21–cv–00121

CM/ECF Doc. 122 entered 5/14/2021 – Order Denying Confirmation of First Amended Plan of Reorganization.

CM/ECF Doc. 123 entered 5/14/2021 – Order Converting Case to Chapter 7.

CM/ECF Doc. 125 entered 5/14/2021 – Order Dismissing Omnibus Objection to Class 4 Claims.

| | |
|---|---|
| ☐ | Notice of Appeal, Order/Judgment, Docket Report, List of Parties to the Appeal and Designation(s) [if any]. |
| ☒ | Items designated by Appellant |
| ☐ | Items designated by Appellee |
| ☐ | No designation of Record on Appeal Filed |
| ☐ | Copies of items designated by Appellant/Appellee have not been provided nor copy fee paid by filer pursuant to FRBP 8006 |
| ☒ | Additional Items: Bankruptcy Docket Sheet |

**REMARKS**:

The Appellant's designated record on appeal is complete.

Dated: 7/7/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

BY: Rob Lawson , Deputy Clerk

**[LtrTrnDc(BK)]** [LtrTrnDcBKintp]