B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Texas

In re **Double H Transportation LLC**  
Debtor(s)

Case No. **20-31055**  
Chapter **7 Conversion**

## AMENDED

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connectio follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **Hourly Rate** |
   | Prior to the filing of this statement I have received (See Page 2) | $ | **20,217.00** |
   | Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:
   ☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the a names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any othe**

In re  Double H Transportation LLC                          Case No.  19-31830
                    Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/11/2022

Date

Michael R. Nevarez
*Signature of Attorney*
The Nevarez Law Firm, PC
P.O. Box 12247
El Paso, TX 79913
(915) 225-2255  Fax: (915) 845-3405
MRN@MRN4Law.com
*Name of law firm*

|  | Date | #19-31830 Chapter 11 | #20-31055 Chapter V | Chapter 7 |
|---|---|---|---|---|
|  | 09/12/2019 |  |  |  |
| Retainer | 10/02/2019 | $4,000.00 |  |  |
| Retainer | 10/04/2019 | $1,000.00 |  |  |
| Retainer | 10/15/2019 | $2,500.00 |  |  |
| Retainer | 10/24/2019 | $2,500.00 |  |  |
| Chapter 11 Petition Filed | 11/04/2019 |  |  |  |
| Retainer | 10/03/2020 |  | $2,500.00 |  |
| Filing Fee | 10/05/2020 |  | $1,717.00 |  |
| Subchapter V Petition Filed | 10/06/2020 |  |  |  |
| Order Granting $27,976 Fee Application | 04/20/2021 |  |  |  |
| Post-Order Payments | 05/15/2021 |  | $5,000.00 |  |
| Post-Order Payments | 01/27/2022 |  | $500.00 |  |
| Post-Order Payments | 04/21/2022 |  | $500.00 |  |
| WDTX Order affirming conversion | 05/17/2022 |  |  |  |
| Notice of Chapter 7 Bankruptcy Case | 05/18/2022 |  |  |  |
| Ingalls email re amended disclosure | 07/25/2022 |  |  |  |
| Total |  | $10,000.00 | $10,217.00 | $- |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy