UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| DOUBLE H TRANSPORTATION, LLC, | § | Case No. 20-31055-hcm |
| | § | |
| DEBTOR. | § | SubChapter V |

## CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION

I, Brad W. Odell, having been appointed trustee of the estate of the above-named debtor, report I never received any funds of the Debtor while serving as trustee. A plan was not confirmed, and the case was converted to Chapter 7 on May 13, 2021. Because a plan was not confirmed, I have not received any plan payments or any other payments or funds from the Debtor. Therefore, I have not distributed any funds of the Debtor. I hereby certify that my administration of the estate of the above-named Debtor has been completed. I request that I be discharged from any further duties as trustee.

Dated: June 9, 2023.
Respectfully submitted,

By: /s/ Brad W. Odell
Brad W. Odell
Texas Bar No. 24065839

1500 Broadway, Suite 700
Lubbock, TX 79401
Email: bodell@mhba.com
Phone: 806-765-7491
*Subchapter V Trustee*